UST-3 PHX/PCT/FLG, 4-01

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ  85377

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 7 |
|---|---|
| CAMACHO, PRICILIANO | Case No. 10-37718-PHX SSC |
| | NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY |
| Debtor(s) | |

NOTICE IS GIVEN THAT JILL H. FORD, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

REAL PROPERTY LOCATED AT 8932 W. MALAPAI DRIVE, PEORIA, AZ

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice.  The date can be obtained by a review of the court docket.  The objection shall be filed with the United States Bankruptcy Court, 230 N. 1st Avenue, Room 101, Phoenix, AZ.  A copy of the objection shall be mailed forthwith to the Trustee at the following address:

TRUSTEE: JILL H. FORD, P.O. Box 5845 , CAREFREE, AZ 85377

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

| December 27, 2010 | /s/ Jill H. Ford |
|---|---|
| Date | JILL H. FORD, Trustee |